UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALSH/CONSIGLI JOINT VENTURE,

                      Plaintiff,

    v.

TREMATORE,

                      Defendant.

No. 21-CV-9149 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    For the reasons stated on the record during the Court's February 14, 2024 hearing, the Parties' Cross Motions for Summary Judgement as to the fraud claim are denied. Moreover, Defendant's Motion for Summary Judgment as to Plaintiff's Lien Law claim is also denied.

    The Clerk of the Court is respectfully requested to terminate the pending motions at Dkt. Nos. 29 and 30. The Court will hold a telephonic status conference on March 5, 2024, at 2:00PM.

SO ORDERED.

Dated:   February 14, 2024
            White Plains, New York

                                                      KENNETH M. KARAS
                                                 United States District Judge